**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7212**

---

THOMAS WOODROW RICE,

Petitioner - Appellant,

versus

RICKY JACKSON,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-97-289-3-MU)

---

Submitted: April 16, 1998          Decided: April 29, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Thomas Woodrow Rice, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). The district court held that Appellant failed to state a claim upon which relief may be granted. <u>Rice v. Jackson</u>, No. CA-97-289-3-MU (W.D.N.C. July 30, 1997). We agree that the this claim should be dismissed but based on Appellant's failure to exhaust his state court remedies. As such, the dismissal is without prejudice. Accordingly, we deny a certificate of appealability and the dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>